**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| Eric Gulgren ) | Case No. 13-83573 |
| Sarah Gulgren ) | Chapter 13 |
| ) | |
| Debtors ) | Hon. Thomas M. Lynch |
| ) | Lydia Meyer, Trustee |
| Eric Gulgren ) | |
| Sarah Gulgren ) | **Adv. Case No. 14-** |
| ) | |
| Plaintiffs ) | |
| vs. ) | |
| ) | |
| NYCB Mortgage Company ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT TO DETERMINE NATURE AND EXTENT
OF LIEN AND AVOID JUNIOR MORTGAGE OF
<u>NYCB MORTGAGE COMPANY.</u>**

The Plaintiffs, Eric Gulgren & Sarah Gulgren,, by and through their Attorneys, Darron M. Burke and the Eric Pratt Law Firm P.C., and for his complaint against the Defendant, NYCB Mortgage Company, (hereinafter referred to as "Defendant"), and allege as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and §157, and this matter is a core proceeding pursuant to 28 U.S.C. §157.

2. The Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on October 21, 2013.

3. The Defendant is a lender and/or servicer of mortgages.

4. This adversary proceeding arises under 11 U.S.C. §502 and §506.

5.     Plaintiff is the owner of the real estate (hereinafter called "the real estate") commonly known as 164 East End Avenue Crystal Lake, IL 60014, PIN: 18-01-227-035 and legally described as follows:

LOT 17 IN BLOCK 13 IN NORTH CRYSTAL LAKE PARK BEACH SUBDIVISION, A SUBDIVISION OF PART OF THE NORTHEAST QUARTER OF SECTION 1, TOWNSHIP 43 NORTH, RANGE 7 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF, RECORDED MAY 26, 1925 AS DOCUMENT NO. 68367, IN BOOK 5 OF PLATS, PAGE 32, IN MCHENRY COUNTY, ILLINOIS.

6.     On August 7, 2006, the Plaintiff executed a certain Mortgage in favor of Asset Capital Mortgage, Inc.  Such Mortgage was recorded on August 15, 2006, as Document No. 2006R0059641 in the Records of the McHenry County Recorder, in Woodstock, Illinois.

7.     On June 10, 2013, Mortgage Electronic Registration Systems, Inc., as Nominee for Asset Capital Mortgage, Inc., assigned all rights, title, and interest in above Mortgage to Defendant, New York Community Bank.  This Assignment was recorded on June 13, 2013, as Document No. 2013R0029783 in the Records of the McHenry County Recorder, in Woodstock, Illinois.

7.     The fair market value of the real estate is approximately $80,000.  See Comparative Market Analysis attached hereto as Exhibit 1.

8.     A first mortgage lien is currently held by HSBC Bank USA, National Association, as Trustee of J.P. Morgan Alternative Loan Trust 2007-A1, Mortgage Pass-Through Certificates, Assignee in Interest from Mortgage Electronic Registration Systems, Inc. as Nominee for Asset Capital Mortgage, Inc., in the amount of $137,207.00.  Select Portfolio Servicing is currently the servicer of the above-described first mortgage lien.

- 2 -

9.  Defendant holds a junior mortgage in the amount of $14,638.08. See Proof of Claim 3-1 attached and affixed hereto.

10. Plaintiff seeks to determine the nature and extent of the junior lien of Defendant and avoid the junior mortgage lien.

11. Under sections 506(a) and 506(d), Defendant's junior mortgage would be an allowed secured claim to the extent of the value of the estate's interest in the property securing the claim, and defendant's lien is void to the extent it is not an allowed secured claim.

12. The amount owed on the first mortgage, $137,207.00, far exceeds the value of the underlying property, $80,000.00.

13. Because the junior mortgage lien held by Defendant is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off.

**WHEREFORE**, Eric Gulgren & Sarah Gulgren, pray that this Honorable Court enter a judgment against Defendant determining that the alleged lien of Defendant is completely unsecured, avoid Defendant's junior mortgage recorded in the McHenry County Recorder of Deeds, find that the junior mortgage is of no further legal effect, and for such further relief as this court deems just and proper.

Respectfully submitted,

Eric Gulgren
Sarah Gulgren

By: _/s/Darron Burke_____
    Darron Burke
    One of Their Attorneys

Eric Pratt
Darron Burke
Jason Kunowski
Eric Pratt Law Firm, P.C.

3957 N. Mulford Road, Suite C
Rockford, IL 61114
(815) 315-0683

## CERTIFICATE OF SERVICE

Darron Burke certifies that he caused the above and foregoing notice and attached pleadings to be served upon the following persons by mailing a true copy thereof, addressed as aforesaid, on February 5, 2014, before the hour of 4:00 p.m, by Certified, First Class Mail:

Eric & Sarah Gulgren
164 East End Avenue
Crystal Lake, IL 60014

New York Community Bank
C/O Thomas R. Cangemi, Senior Executive Vice President & Chief Financial Officer
1801 East 9th Street, OH99-0222
Cleveland, OH 44114

HSBC Bank USA
C/O Irene Dorner, President/Chief Executive Officer/Chairman
452 5th Avenue
New York, NY 10018

JP Morgan Chase Bank
C/O James Dimon, President & Chief Executive Officer
270 Park Avenue
New York, NY 10017

Select Portfolio Servicing
C/O Matt Hollingsworth, President & Chief Executive Officer
3815 S West Temple
Salt Lake City, UT   84115

The Wasinger Law Group, P.C.
C/O David G. Wasinger, Counsel for New York Community Bank
1401 S. Brentwood Blvd
Suite 875
St. Louis, MO 63144

and to the following persons on February 5, 2014, via electronic notice through ECF

    Lydia Meyer, Chapter 13 Trustee
    Patrick S. Layng, U.S. Trustee


                                       _____/s/ Darron Burke


Eric Pratt
Darron Burke
Jason Kunowski
Eric Pratt Law Firm, P.C.
3957 N. Mulford Road, Suite C
Rockford, IL 61114
(815) 315-0683