**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re ) | |
| ) | Case No. 13-83573 |
| ERIC GULGREN ) | |
| SARAH GULGREN ) | Chapter 13 |
|          Debtors ) | |
| ) | |
| ERIC & SARAH GULGREN ) | |
|          Plaintiffs ) | |
| v. ) | Adversary No. 14-96016 |
| ) | |
| NYCB MORTGAGE COMPANY ) | |
|          Defendant ) | |

## ANSWER TO COMPLAINT

NYCB Mortgage Company ("Defendant"), by counsel, responds to the Complaint filed by Plaintiffs as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

7 (that is, the second paragraph numbered "7" in Complaint):  Denied.

8. Defendant lacks sufficient information to form a belief about the truth of paragraph 8, and therefore it is denied.

9. Admitted.

10. To the extent that paragraph 10 represents a statement of the goal of this adversary proceeding, it is admitted as Plaintiffs' goal. All other and further averments that may be contained in paragraph 10 are denied.

11. Paragraph 11 is an abstract statement of law to which no response is required. To the extent that it pleads any matter of fact, it is denied.

12. Defendant lacks sufficient information to form a belief about the truth of paragraph 12, and therefore it is denied.

13. Denied.

WHEREFORE, having fully answered the averments of the Complaint, Defendant, NYCB Mortgage Company, prays that all relief thereunder be denied and that costs be taxed against Plaintiff.

                THE WASINGER LAW GROUP, P.C.

By:   /s/ James S. Cole
      David G. Wasinger, ARDC #06200269
      James S. Cole, Member of District Bar
      1401 S. Brentwood, Suite 875
      St. Louis, MO  63144
      (314) 961-0400; fax (314) 961-2726
      jcole@wasingerlawgroup.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served by ECF Notice of Electronic Filing and by first-class mail, postage prepaid, on the attorney named below on March 5, 2014.

                                                        /s/   James S. Cole

Darron Burke, Esq.                        Attorney for Plaintiff
Eric Pratt Law Firm, P.C.
3957 N. Mulford Road, Suite C
Rockford, IL   61114